IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-218-WYD-PAC

GREGORY J. FAIRHURST, and
LEAH G. FAIRHURST,

    Plaintiffs,

v.

PARKER MOUNTAIN, INC., doing business as NAVAJO TRAIL RENTAL CENTER,

    Defendant.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Parties' Stipulated Motion for an Extension of Time to File Jury Instructions (# 34), filed January 6, 2006, and requesting and extension until and including Wednesday, January 11, 2006, is **GRANTED**.

    Dated:  January 9, 2006

                                        s/ M. Brooke McKinley
                                        Law Clerk to
                                        Wiley Y. Daniel
                                        U. S. District Judge