IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-218-WYD-PAC

GREGORY J. FAIRHURST, and
LEAH G. FAIRHURST,

    Plaintiffs,

v.

PARKER MOUNTAIN, INC., doing business as NAVAJO TRAIL RENTAL CENTER,

    Defendant.

_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court on the parties' joint Stipulation for Dismissal With Prejudice of Parker Mountain, Inc., d/b/a Navajo Trail Rental Center and Brady O. Parker, d/b/a Navajo Trail Rental Center [# 53], filed March 16, 2007.  After careful consideration of the file in this case, I find that the parties' stipulation should be APPROVED.  Accordingly, it is

ORDERED that the Stipulation for Dismissal With Prejudice of Parker Mountain, Inc., d/b/a Navajo Trail Rental Center and Brady O. Parker, d/b/a Navajo Trail Rental Center [# 53] is **APPROVED**.  It is

FURTHER ORDERED that the above captioned action be **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees.  It is

FURTHER ORDERED that the Final Trial Preparation Conference set for April 2, 2007, and the Jury Trial set for April 16, 2007, are **VACATED**.

Dated: March 19, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge