IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-218-WYD-PAC

GREGORY J. FAIRHURST, and
LEAH G. FAIRHURST,

    Plaintiffs,

v.

DOUGLAS W. NEUWALD, et al,

    Defendants.

_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court on the parties' joint Stipulation for Dismissal With Prejudice of Parker Mountain, Inc., d/b/a Navajo Trail Rental Center and Brady O. Parker, d/b/a Navajo Trail Rental Center [# 55], filed May 29 2007.  After careful consideration of the file in this case, I find that the parties' stipulation should be APPROVED.  Accordingly, it is

ORDERED that the Stipulation for Dismissal With Prejudice of Parker Mountain, Inc., d/b/a Navajo Trail Rental Center and Brady O. Parker, d/b/a Navajo Trail Rental Center [# 55] is **APPROVED**.  It is

FURTHER ORDERED that the above captioned action be **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees.

Dated: June 1, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge